ADA ACCOMMODATION DISCLOSURE ⚠️⚠️

The undersigned is a person with a mental health disability and provides this written format as a reasonable accommodation to ensure the record is accurate and due process is preserved.

TO THE PRO SE INTAKE UNIT:

Attached is the In Forma Pauperis (IFP) application and the Omnibus Whistleblower Complaint regarding WEST 49 LLC and the systemic corruption within the New York State legal and administrative systems.

NOTICE: Irreparable harm has already occurred—including the Plaintiff's homelessness—due to the administrative delay in opening this file. This action involves federal oversight of a conspiracy between private landlords, City Marshals, and the State Court system. I require an immediate docket number to stop further damage.

"Truth is the light."

Respectfully,

/s/ Jason Burke

Plaintiff Pro Se

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JASON BURKE, Plaintiff,

-v-

WEST 49 LLC, THE NEW YORK STATE CIVIL COURT (111 CENTRE STREET), JUDGES OF THE CIVIL COURT, NYC CITY MARSHALS, HRA, AND MOUNT SINAI HOSPITAL, Defendants.

OMNIBUS APPLICATION TO PROCEED IN FORMA PAUPERIS & WHISTLEBLOWER COMPLAINT

1.      ⚠️⚠️ ADA ACCOMMODATION: This written document is a formal accommodation for a mental health disability to ensure the accuracy of the legal record. ⚠️⚠️

2.      STANDING: The Plaintiff is a whistleblower under federal oversight appearing Pro Se (In Propria Persona). This action identifies a coordinated conspiracy between private and public entities to deprive the Plaintiff of due process and housing.

3.      PRIMARY TARGETS OF INVESTIGATION: The Plaintiff formally identifies the New York State Civil Court System (specifically 111 Centre Street), including presiding Judges and NYC City Marshals, as the primary entities under federal whistleblower investigation. These entities are alleged to be working in concert with WEST 49 LLC and its landlords.

4.      NOTICE OF IRREPARABLE HARM: Irreparable harm has already occurred. The Court's failure to open this file has resulted in the Plaintiff's displacement and homelessness. This delay is a direct violation of federal whistleblower protections.

5.      NOTICE OF PRIOR FILINGS: The Plaintiff has previously submitted multiple motions that remain unaddressed. This standalone filing is submitted to resolve all administrative stalls and force the opening of the record.

6.      FEE WAIVER: The Plaintiff moves to proceed In Forma Pauperis. This is a standalone request to assign a docket number immediately so the evidence of multi-agency and judicial fraud can be recorded.

7.      TRIPLE DAMAGES: This action involves federal whistleblower protections and claims for triple damages under 18 U.S.C. § 1964(c).

8.      "Truth is the light."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026

New York, New York

/s/ Jason Burke Plaintiff Pro Se



 ADA ACCOMMODATION DISCLOSURE

The undersigned is a person with a mental health disability and provides this written format as a reasonable accommodation to ensure the record is accurate and due process is preserved.


TO THE PRO SE INTAKE UNIT:

Attached is the In Forma Pauperis (IFP) application and the Omnibus Whistleblower Complaint regarding WEST 49 LLC and the systemic corruption within the New York State legal and medical administrative systems.

NOTICE: Irreparable harm has already occurred—including the Plaintiff's homelessness—due to the administrative delay in opening this file. This action involves federal oversight of a

conspiracy between private landlords, City Marshals, the State Court system, and medical entities withholding evidence. I require an immediate docket number to stop further damage.

"Truth is the light."

Respectfully,

/s/ Jason Burke

Plaintiff Pro Se

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JASON BURKE, Plaintiff,

-v-

WEST 49 LLC, THE NEW YORK STATE CIVIL COURT (111 CENTRE STREET), JUDGES OF THE CIVIL COURT, NYC CITY MARSHALS, ST. MARKS, HRA, AND MOUNT SINAI HOSPITAL, Defendants.

OMNIBUS APPLICATION TO PROCEED IN FORMA PAUPERIS & WHISTLEBLOWER COMPLAINT

1.      ⚠️⚠️ ADA ACCOMMODATION: This written document is a formal accommodation for a mental health disability to ensure the accuracy of the legal record. ⚠️⚠️

2.      STANDING: The Plaintiff is a whistleblower under federal oversight appearing Pro Se (In Propria Persona). This action identifies a coordinated conspiracy between private, public, and medical entities to deprive the Plaintiff of due process and critical evidence.

3.      PRIMARY TARGETS OF INVESTIGATION: The Plaintiff formally identifies the New York State Civil Court System (111 Centre Street), NYC City Marshals, and ST. MARKS (for the unlawful withholding of medical records) as primary entities under federal whistleblower investigation. These entities are alleged to be working in concert with WEST 49 LLC.

4.      NOTICE OF IRREPARABLE HARM: Irreparable harm has already occurred. The Court's failure to open this file has resulted in the Plaintiff's displacement and homelessness. This delay is a direct violation of federal whistleblower protections.

5.      NOTICE OF PRIOR FILINGS: The Plaintiff has previously submitted multiple motions that remain unaddressed. This standalone filing is submitted to resolve all administrative stalls.

6.      FEE WAIVER: The Plaintiff moves to proceed In Forma Pauperis. This is a standalone request to assign a docket number immediately so the evidence of multi-agency and judicial fraud can be recorded.

7.    TRIPLE DAMAGES: This action involves federal whistleblower protections and claims for triple damages under 18 U.S.C. § 1964(c).

8.    "Truth is the light."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026

New York, New York

/s/ Jason Burke Plaintiff Pro Se



 ADA ACCOMMODATION DISCLOSURE

The undersigned is a person with a mental health disability and provides this written format as a reasonable accommodation to ensure the record is accurate and due process is preserved.


TO THE PRO SE INTAKE UNIT:

Attached is the In Forma Pauperis (IFP) application and the Whistleblower Complaint regarding WEST 49 LLC and related agencies.

NOTICE: Irreparable harm has already occurred due to the administrative delay in opening this file. Previous IFP applications were attached to other motions and appear to have been buried or ignored. This is a high-priority whistleblower matter involving federal oversight of multiple agencies, including the New York State Court System itself. I require an immediate docket number to stop further damage.

"Truth is the light."

Respectfully,

/s/ Jason Burke

Plaintiff Pro Se

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JASON BURKE, Plaintiff,

-v-

WEST 49 LLC, ET AL., Defendants.

OMNIBUS APPLICATION TO PROCEED IN FORMA PAUPERIS & COMPLAINT

1.      ⚠️⚠️ ADA ACCOMMODATION: This written document is a formal accommodation for a mental health disability to ensure the accuracy of the legal record. ⚠️⚠️

2.      STANDING: The Plaintiff is a whistleblower under federal oversight appearing Pro Se (In Propria Persona). This action involves an omnibus investigation into systemic corruption across multiple agencies.

3.      PRIMARY TARGET OF INVESTIGATION: The Plaintiff formally identifies the New York State Court System and its administrative branches as the primary entities under federal whistleblower investigation. All other agencies, including HRA and Mount Sinai Hospital, follow this core investigation into judicial and administrative misconduct.

4.      NOTICE OF IRREPARABLE HARM: The Plaintiff previously notified the Court that irreparable harm was imminent. Due to the Court's failure to acknowledge or open this file, irreparable harm has now occurred, including the Plaintiff's current homelessness. This delay is a direct violation of due process and whistleblower protections.

5.      NOTICE OF PRIOR FILINGS: The Plaintiff has previously filed multiple motions and an IFP application that remain unaddressed. This standalone filing is submitted to resolve all administrative stalls.

6.      FEE WAIVER: The Plaintiff moves to proceed In Forma Pauperis. This is a standalone request to open the file and assign a docket number immediately so that the extensive evidence of multi-agency fraud can be formally recorded.

7.      TRIPLE DAMAGES: This action involves federal whistleblower protections and claims for triple damages under [18 U.S.C. § 1964(c)].

8.      "Truth is the light."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026

New York, New York

/s/ Jason Burke Plaintiff Pro Se