UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON BURKE,

                    Plaintiff,

          -against-

WEST 49 LLC, ET AL.,

                    Defendants.

26-CV-3000 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Jason Burke brings this action *pro se*. It has come to the Court's attention that Plaintiff has been faxing submissions in this action directly to the chambers of the Honorable Jennifer Willis, United States Magistrate Judge of this court. This action, however, has never been assigned or referred to Magistrate Judge Willis. Thus, there is no need for Plaintiff to attempt to communicate in any way with Magistrate Judge Willis or her chambers about this action. Accordingly, the Court directs Plaintiff to cease all attempts to fax documents or otherwise communicate with Magistrate Judge Willis or her chambers about this action. If Plaintiff continues to fax documents to Magistrate Judge Willis's chambers, those documents will not be transmitted to the Clerk's Office for docketing, will not be docketed, and will not be transmitted to the undersigned.

Plaintiff must file all future submissions with respect to this action with the court's Pro Se Intake Unit at the following address: United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, New York 10007. *See In the Matter of Pro Se Litigation*, Standing Order, M10-468 (Doc. # 58) (S.D.N.Y. Oct. 31, 1996) ("[A]ll pro se litigants shall file their papers with the [Pro Se Intake Unit] of this Court."). Plaintiff may file documents in this action with the Pro

Se Intake Unit by mail, in person, or by email to ProSe@nysd.uscourts.gov. Plaintiff can pursue any inquiries about this action with the court's Pro Se Intake Unit in person, at the courthouse, or by telephone, at (212) 805-0175, during normal business hours, 8:30 a.m. to 5:00 p.m., Monday through Friday (except federal holidays).

Finally, the Court notes, as it did in its April 26, 2026 order (ECF 10), that in many of Plaintiff's submissions, he requests a reasonable accommodation for an unspecified mental health disability, but he does not state what exactly it is that he is requesting. The Court reminds Plaintiff that, should he have a disability and require specific accommodations, he may resubmit his request and state the specific accommodations he is requesting.

## CONCLUSION

Plaintiff is directed to cease faxing submissions to, or otherwise communicating with, the chambers of Magistrate Judge Willis. If Plaintiff continues to fax documents to Magistrate Judge Willis's chambers, those documents will not be transmitted to the Clerk's Office for docketing, will not be docketed, and will not be transmitted to the undersigned.

Plaintiff must file all future submissions with respect to this action with the court's Pro Se Intake Unit, either in person, by mail, or by email.

Although Plaintiff has consented to electronic service (ECF 3), and therefore is not entitled to receive court documents by mail, to ensure that Plaintiff receives this order, the Clerk of Court is directed to mail a copy of this order to Plaintiff's address of record.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 6, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge