UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON BURKE,

Plaintiff,

-against-

WEST 49 LLC; THE NEW YORK STATE CIVIL COURT 9111 CENTRE STREET); JUDGES OF THE CIVIL COURT; NYC CITY MARSHALS; HRA; MOUNT SINAI,

Defendants.

26-CV-3000 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Jason Burke brings this action *pro se* and *in forma pauperis* ("IFP"). On July 23, 2026, Plaintiff filed a motion in which he seeks leave to file an amended complaint. As discussed below, the Court grants Plaintiff's request.

**BACKGROUND**

Plaintiff initiated this action on April 10, 2026, by filing a complaint. In the following weeks, Plaintiff filed approximately twenty additional submissions, including requests for emergency injunctive relief. The Court denied those requests by order dated April 29, 2026. (*See* ECF 10.)

By order dated June 9, 2026, and entered on June 10, 2026, the Court dismissed the complaint but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 30.) In its order, the Court held that Plaintiff's complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure because, among other things, it was unclear who Plaintiff was suing and, although his submissions suggested he may be seeking to challenge an eviction, his submissions did not include any well-pleaded factual allegations describing what any of the potential defendants did or failed to do that violated his federal rights. The Court also noted that

it is prohibited from intervening in any ongoing state housing court proceedings under the *Younger* abstention doctrine, and that the *Rooker-Feldman* doctrine prohibited the Court from reviewing any final state court judgment. The Court granted Plaintiff 30 days' leave to replead his claims in an amended complaint that consists of a single document which lists all defendants in the caption and alleges facts describing what each defendant did or failed to do that violated Plaintiff's rights.[1]

On June 11, 2026, Plaintiff filed numerous motions, which the Court construed as a motion seeking the recusal of the undersigned, a motion for reconsideration under Local Civil Rule 6.3, and requests for other miscellaneous relief. By order dated June 16, 2026, the Court denied Plaintiff's requests and warned him that if he continues to file duplicative, nonmeritorious, or frivolous submissions in this action, the Court may issue an order directing him to show cause why he should not be barred from filing additional documents in this action, other than documents addressed to the Court of Appeals for the Second Circuit, without prior permission of the Court. (ECF 38.)

On June 18, 2026, Plaintiff filed (1) a 482-page "Supplemental Verified Affidavit in Support of Emergency Motion for Injunctive Relief, Production of Records, and Recusal" (ECF 39); (2) a 2-page document bearing the same description (ECF 40); and (3) a 482-page document labeled "Integrity Declaration: Notice of Systemic Ableism and Predicate Acts of Constitutional Violation" (ECF 41). On July 9, 2026, Plaintiff filed a 12-page document labeled "Motion for Administrative Enforcement and Federal ADA Compliance" (ECF 42). Despite their labels,

---

[1] In its June 9, 2026 order, the Court also denied Plaintiff's two additional requests for preliminary injunctive relief and declined to exercise supplemental jurisdiction of any state law claims he may have been asserting.

Plaintiff appears to have intended for these documents, which are repetitive and largely unintelligible, to serve as an amended complaint.

On July 23, 2026, Plaintiff filed a "Motion for Leave to File an Amended Complaint to Add Necessary Municipal, Corporate, and Institutional Defendants Pursuant to Fed. R. Civ. P. 15." (ECF 43.) In this submission, Plaintiff seeks leave to file an amended complaint, and to add additional defendants.

**DISCUSSION**

The Court grants Plaintiff's motion to file an amended complaint. Plaintiff must file an amended complaint within 30 days of the date of this order. Because the Court grants Plaintiff's motion to file an amended complaint, and because the amended complaint will replace, rather than supplement, each previously filed complaint, the Court will disregard and take no action on Plaintiff's submissions at ECF 39-42, which the Court previously understood as Plaintiff's attempt to file an amended complaint.

Plaintiff's amended complaint must consist of a single document that is labeled "Amended Complaint." The amended complaint must list all defendants in the caption and allege facts describing what each defendant did or failed to do that violated Plaintiff's rights. The amended complaint, like every complaint filed in federal court, must also comply with Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to make a short and plain statement showing that the pleader is entitled to relief. As the Court explained in its June 9, 2026 order of dismissal, Rule 8 "does not demand that a complaint be a model of clarity or exhaustively present the facts alleged," but it does require, "at a minimum, that a complaint give each defendant fair notice of what the plaintiff's claim is and the ground upon which it rests." *Atuahene v. City of Hartford*, 10 F. App'x 33, 34 (2d Cir. 2001) (citation and quotation marks omitted). "It is not the Court's job—nor the opposing party's—to decipher a complaint that is 'so

poorly composed as to be functionally illegible.'" *Ghosh v. New York City Hous. Auth.*, No. 21-CV-6139 (AT) (BCM), 2023 WL 3612553, at *6 (S.D.N.Y. Feb. 27, 2023) (quoting *Avramham v. New York*, No. 20-CV-4441 (LLS), 2020 WL 4001628, at *2 (S.D.N.Y. July 15, 2020)), *report and recommendation adopted*, 2023 WL 3746617 (S.D.N.Y. Mar. 20, 2023). Neither Plaintiff's original complaint, nor the multiple 480-page, largely unintelligible documents he subsequently filed on June 18, 2026, complies with Rule 8.

Plaintiff is cautioned that if his amended complaint does not comply with Rule 8, it will be dismissed. *See, e.g.*, *Da Costa v. Marcucilli*, 675 F. App'x 15, 17 (2d Cir. 2017) (dismissing a complaint because it was convoluted, repetitive and difficult to understand); *Anduze v. City of New York*, No. 21-CV-0519 (LLS), 2021 WL 795472, at *2 (S.D.N.Y. Feb. 26, 2021) (dismissing a complaint as incomprehensible because it was illegible and the legible portions were incomprehensible, such that "the [c]ourt is unable to properly evaluate the full nature and extent of [the] [p]laintiff's claims"); *Annuity, Welfare & Apprenticeship Skill Improvement & Safety Funds of the Int'l Union of Operating Eng'rs Loc. 15, 15A, 15C & 15D, AFL-CIO v. Tightseal Constr. Inc.*, No. 17-CV-3670 (KPF), 2018 WL 3910827, at *12 (S.D.N.Y. Aug. 14, 2018) (noting that "courts in this Circuit have dismissed complaints that are unnecessarily long-winded, unclear, or conclusory"); *Barsella v. United States*, 135 F.R.D. 64, 66 (S.D.N.Y. 1991) (stating that the policy requiring courts to liberally construe *pro se* complaints "does not mandate that a court sustain every *pro se* complaint even if it is incoherent, rambling, and unreadable").

The Court strongly encourages Plaintiff to use the attached amended complaint form and to limit the amended complaint to 20 pages of well-pleaded, nonconclusory factual allegations. Evidence and legal arguments are not necessary at this stage of the litigation.[2]

The Court repeats its warning that if Plaintiff continues to file duplicative, nonmeritorious, or frivolous submissions in this action, the Court may issue an order directing him to show cause why he should not be barred from filing additional documents in this action, other than documents addressed to the Court of Appeals for the Second Circuit, without prior permission of the Court.

**CONCLUSION**

The Court grants Plaintiff's motion to file an amended complaint. Plaintiff must file his amended complaint, which must comply with the standards set forth above, within 30 days of the date of this order. If Plaintiff fails to file an amended complaint within the time prescribed, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons stated in the Court's June 9, 2026 order of dismissal.

The Court directs the Clerk of Court to terminate the motions pending at ECF 42, 43.

---

[2] The Court understands that Plaintiff uses an AI device in drafting his pleadings, which he alleges is a "necessary reasonable modification" under Title II of the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act ("RA"). (ECF 43, at 3-4.) The ADA and RA, however, do not apply to the federal courts. *See Cellular Phone Taskforce v. F.C.C.*, 217 F.3d 72, 73 (2d Cir. 2000 ("Title II of the ADA is not applicable to the federal government."); *Roman v. Jefferson at Hollywood LP*, 495 F. App'x 804, 806 (9th Cir. 2012) ("While the [ADA] requires state courts to make disability accommodations, the ADA does not apply to federal courts."); *Moore v. United States*, 2022 WL 1104986, *1 n.1 (W.D.N.Y. 2022) ("[B]y definition, Title II of the ADA does not apply to the federal government or an agency, such as the federal courts."); *see also Cruz v. Sannes*, No. 1:26-CV-00441 (AMN) (DJS), 2026 WL 1533215, at *2 (N.D.N.Y. June 1, 2026) ("[T]he Rehabilitation Act does not apply to federal courts."); *Davidson v. Jud. Council of the Second Cir.*, No. 25-CV-1226 (LLS), 2026 WL 901338, at *2 (S.D.N.Y. Mar. 26, 2026) ("[P]rograms and activities of the federal judiciary are not covered, and therefore not bound, by the Rehabilitation Act"). Plaintiff's amended complaint, like all pleadings in federal court, must comply with Rule 8.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**____ Civ. ________ ( ____ )**

## AMENDED COMPLAINT

Jury Trial: ☐ Yes ☐ No
(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name ____________________________________________________________
Street Address _____________________________________________________
County, City ______________________________________________________
State & Zip Code ___________________________________________________
Telephone Number __________________________________________________

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name ____________________________________________________________
Street Address ______________________________________________________
County, City ________________________________________________________
State & Zip Code _____________________________________________________
Telephone Number ___________________________________________________

Defendant No. 2 Name ____________________________________________________________
Street Address ______________________________________________________
County, City ________________________________________________________
State & Zip Code _____________________________________________________
Telephone Number ___________________________________________________

Defendant No. 3 Name ____________________________________________________________
Street Address ______________________________________________________
County, City ________________________________________________________
State & Zip Code _____________________________________________________
Telephone Number ___________________________________________________

Defendant No. 4 Name ____________________________________________________________
Street Address ______________________________________________________
County, City ________________________________________________________
State & Zip Code _____________________________________________________
Telephone Number ___________________________________________________

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ______________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ____________________________________________________

Defendant(s) state(s) of citizenship ___________________________________________________

______________________________________________________________________________

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ________________________________

______________________________________________________________________________

B. What date and approximate time did the events giving rise to your claim(s) occur? ___________

______________________________________________________________________________

______________________________________________________________________________

C. Facts: ____________________________________________________________________

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ______________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. ______________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _______________, 20__.

Signature of Plaintiff _______________________________________

Mailing Address _______________________________________

_______________________________________

_______________________________________

Telephone Number _______________________________________

Fax Number *(if you have one)* _________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _______________________________________

Inmate Number _______________________________________