UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BURKE; CHRISTINE PEREZ,<br>Plaintiffs,<br>-against-<br>WEST 49 LLC, ET AL.,<br>Defendants. | 26-CV-3000 (LTS)<br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION AND SIGNATURE |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Jason Burke initiated this action by filing a complaint in his own name on April 10, 2026. Since filing the complaint, Burke has inundated the Court with dozens of submissions, including multiple motions for preliminary injunctive relief.[1] By order dated June 9, 2026, the Court dismissed the complaint, and granted Burke 30 days' leave to replead his claims in an amended complaint. (ECF 30.) In yet another motion for preliminary injunctive relief, filed on July 31, 2026, after the Court dismissed the complaint, Burke, for the first time, purported to bring the motion on behalf of Christine Perez "by and through her Attorney-in-Fact, Jason Anthony Burke."[2] (ECF 45, at 1.) In the Court's August 28, 2026 order denying Burke's request for relief, the Court noted that Burke, who is not an attorney, cannot assert claims in federal court on behalf of someone else. (ECF 48.)

---

[1] After issuing multiple warnings, by order dated August 11, 2026, the Court directed Burke to show cause why he should not be barred from filing future submissions in this action, except for submissions directed to the Court of Appeals, without first receiving permission to file from the court. (ECF 48.)

[2] The Court notes that many of Burke's submissions do not include a caption at all.

On August 14, 2026, the Court received a submission, signed by Burke and Perez, in which Perez indicates her desire to join this action as a plaintiff. (ECF 50.) Perez, however, did not file an application to proceed *in forma pauperis* ("IFP").

On August 25, 2026, Plaintiffs filed an amended complaint that lists Burke as a plaintiff and, despite the Court's prior order, lists Perez as a plaintiff "by and through her Attorney-in-Fact, Jason Anthony Burke." (ECF 51, at 1.) The amended complaint is signed by Burke, in his own capacity and as Perez's "Attorney-in-Fact." (*Id.* at 24-25.) Perez did not sign the amended complaint.

**A. Perez must submit an IFP application or pay the filing fees**

To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, each plaintiff must submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

The Court has granted Jason Burke's application to proceed IFP. (ECF 7) Christine Perez has expressed an intention to join this action as a plaintiff, but she has not submitted an IFP application or paid the filing fees. Within 15 days of the date of this order, Perez must either pay the $405.00 in fees or complete, sign, and submit the attached IFP application. If Perez submits the IFP application, it should be labeled with docket number 26-CV-3000 (LTS).

**B. Perez must sign the amended complaint**

As noted above, Perez did not sign the amended complaint. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has

interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

The Court directs Perez to resubmit the signature page of the amended complaint with a signature to the Court within 15 days of the date of this order. Perez may either complete and submit the attached "Plaintiff's Certification and Warnings" form or submit a signed copy of the amended complaint. Burke may not sign on Perez's behalf.

The Court grants Plaintiffs leave solely to file a copy of the current amended complaint (ECF 51) signed by Perez. Any attempt to file a new amended complaint or an amended complaint that includes additional defendants, claims, or allegations will be denied under Rule 15 of the Federal Rules of Civil Procedure, which allows a party one opportunity to amend a pleading as a matter of course before service on defendants. Fed. R. Civ. P. 15(a)(1). If Plaintiffs file a new amended complaint or an amended complaint that includes additional defendants, the Court will direct the Clerk of Court to strike the submission.

## CONCLUSION

The Court directs Plaintiff Christine Perez, within 15 days, to either pay the $450.00 in fees to bring this action or submit a completed and signed IFP application, and to submit a signed copy of the amended complaint, as directed above.

Any attempt to file a new amended complaint or an amended complaint that includes additional defendants, claims, or allegations will be denied under Rule 15 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a)(1). If Plaintiffs file a new amended complaint or an amended complaint that includes additional defendants, the Court will direct the Clerk of Court to strike the submission.

If Perez fails to comply with this order within the prescribed time, the Court will dismiss without prejudice any claims brought on her behalf, and will treat the current amended complaint (ECF 51) as asserting claims brought only on behalf of Burke.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________
(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

-against-

______________________________
______________________________
______________________________
(Full name(s) of the defendant(s)/respondent(s).)

_______ CV ______________ (    ) (    )
(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: ______________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ______________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ______________

   If "no," what was your last date of employment? ______________

   Gross monthly wages at the time: ______________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated | Signature

Name (Last, First, MI) | Prison Identification # (if incarcerated)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

____________________ ____________________
Dated Plaintiff's Signature

________________________________________
First Name Middle Initial Last Name

________________________________________
Street Address

________________________________________
County, City State Zip Code

____________________ ____________________
Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.