UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON BURKE; CHRISTINE PEREZ, by and through her attorney-in-fact, Jason Anthony Burke,

Plaintiffs,

-against-

WEST 49 LLC, ET AL.,

Defendants.

26-CV-3000 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Jason Burke filed this action *pro se*.[1] On August 11, 2026, the Court ordered Burke, within 30 days, to show cause by declaration why he should not be barred from filing further submissions in this action without prior permission from the court. (ECF 48.) Burke filed a declaration on September 11, 2026 (ECF 53), but his arguments against imposing the bar order are insufficient. Rather than setting forth reasons why the bar order should not be issued, Burke instead repeats the same arguments he has previously asserted in his voluminous filings. Accordingly, the bar order will issue.

The Court hereby bars Plaintiff Burke from filing future submissions in this action without prior permission, with the exception of documents directed to the Second Circuit. *See* 28 U.S.C. § 1651. The court will continue to review Burke's submissions. The court, however, will not respond to any submission or request that Burke files, either in his own name or in his co-plaintiff's name, without seeking permission from the court, with the exception of documents

[1] In an August 14, 2026 submission, Christine Perez indicated her desire to join this action as a plaintiff. (ECF 50.) By order dated September 18, 2026, the Court directed Perez to either pay the filing fees to bring a civil action or submit an application to proceed *in forma pauperis*. (ECF 54.) As of the date of this order, Perez has not submitted a signed copy of the amended complaint.

directed to the Second Circuit, and will direct the Clerk of Court to strike the document and terminate on the docket any motion event arising from such a filing. If Burke seeks permission to file in compliance with this order, and if the court determines that the filings are frivolous or lack merit, the court will (1) summarily deny the relief sought in the filing, except in so far as it seeks transmission of material to the Second Circuit; and (2) direct the Clerk of Court to terminate on the docket any motion event arising from the filing.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 7, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge